## Case No. 4,712.

### FEARSON v. UNITED STATES.

[1 Hayw. & H. 48.] [1]

Circuit Court, District of Columbia. Dec. 11, 1841.

[1] [Reported by John A. Hayward, Esq., and George C. Hazleton, Esq.]

James Hoban, for petitioner.
F. S. Key, for the United States.

After argument of counsel the judgment of the criminal court was affirmed.